UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ADRIAN T. FIELDS, JR.          NO. 16-15437 AMC
                                          CHAPTER 13

## ENTRY OF APPEARANCE FOR CAB EAST, LCC/FORD CREDIT AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for CAB East, LLC/Ford Motor Credit Company LLC, and provide notices as required by Bankruptcy Rule 2002.

August 12, 2016

                                           GERSHMAN LAW OFFICES PC

                                           By: _____
                                           Howard Gershman
                                           610 York Road, Suite 200
                                           Jenkintown, PA 19046
                                           Tel: 215.886.1120
                                           Fax: 215.886.1118
                                           howard@gershman-law.com

Copies served upon:

William C. Miller, Trustee
111 So. Independence Mall, Ste. 583
Philadelphia, PA 19106

Alfonso G. Madrid, Esquire
757 S. 8th Street
Philadelphia, PA 19147