UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ADRIAN T. FIELDS, JR.

NO. 16-15437 AMC
CHAPTER 13

ORDER APPROVING STIPULATION TO VACATE
STAY AS TO LEASED 2014 FORD EXPLORER VEHICLE

AND NOW, this 17th day of August, 2016, in consideration of the Stipulation of Counsel to Vacate Automatic Stay:

It is ORDERED, the Stipulation is approved and with waiver of FRBP 4001(a)(3), CAB East LLC/Ford Motor Credit Company, LLC, as owner and lessor, is granted relief from the automatic stay of the Bankruptcy Code Section 362 as to the identified Vehicle, namely a 2014 Ford Explorer [VIN… C31940].

BY THE COURT:

_____
Bankruptcy Judge

Interested Parties

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Ste. 200
Jenkintown, PA 19046

William C. Miller, Trustee
111 So. Independence Mall
Suite 583
Philadelphia, PA 19106

Alfonso G. Madrid, Esquire
Law Office of Alfonso Madrid
757 S. 8th Street
Philadelphia, PA  19147

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ADRIAN T. FIELDS, JR.

NO. 16-15437 AMC
CHAPTER 13

STIPULATION TO VACATE AUTOMATIC STAY
IN FAVOR OF CAB EAST LLC/ FORD MOTOR CREDIT COMPANY, LLC,
REGARDING A LEASED 2014 FORD EXPLORER MOTOR VEHICLE

The parties, by authorized counsel, stipulate that the automatic stays of Bankruptcy Code Sections 362, be vacated as to the identified motor vehicle ("Vehicle") of which CAB East LLC/Ford Motor Credit Company, LLC ("Ford Credit") is the owner and lessor pursuant to the terms of a Motor Vehicle Lease dated June 6, 2014 ( as modified June 29, 2015, namely, a **2014 Ford Explorer** [VIN...C31940], with no other lienholders or parties having an interest in said Vehicle. Lease and Title attached.

Debtor/lessee intends to surrender the Vehicle to Ford Credit.

Approximate Balance due Ford Credit-
　14 remaining Lease payments: $7,919.66
　Contractual Residual Value: $27,869.90
Estimated NADA Used Car Book Value: $27,000.00

The Trustee has determined that the estate has no interest in the Vehicle or that the Vehicle is of inconsequential value to the Estate. Ford Credit will have a general unsecured claim for any deficiency that may remain after disposition of the Vehicle.

This may be signed in counterparts, electronically, and/or by facsimile.

/s/ Alfonso G. Madrid  per email 8/12/16

_____
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Ste. 200
Jenkintown, PA 19046
howard@gershman-law.com
Fax: 215 886 1118

Alfonso G. Madrid, Esquire
Law Office of Alfonso Madrid
757 S. 8th Street
Philadelphia, PA 19147
alfonsomadrid.esq@gmail.com
Tel: 215.925.1002

NO OBJECTION/NO POSITION

_____
William C. Miller, Trustee
　　　STAFF ATTY