United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Adrian T Fields, Jr.
     Debtor

Case No. 16-15437-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Aug 17, 2016
                   Form ID: pdf900     Total Noticed: 6

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
db             +Adrian T Fields, Jr.,    2238 S 15th St.,    Philadelphia, PA 19145-3921
13776201       +CAB East LLC/Ford Motor Credit Company LLC,    c/o HOWARD GERSHMAN,    Gershman Law Offices, PC,
                 610 York Road, Suite 200,    Jenkintown, PA 19046-2867
13769512      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit,    Po Box 62180,    Colorado Springs, CO 80962)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 18 2016 01:35:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2016 01:34:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2016 01:34:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13775777*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company LLC,    Dept  55953,    P O Box 55000,
                 Detroit  MI, 48255-0953)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2016 at the address(es) listed below:
         ALFONSO G. MADRID    on behalf of Debtor Adrian T Fields, Jr. alfonsomadridlawECF@gmail.com
         HOWARD   GERSHMAN    on behalf of Creditor   CAB East LLC/Ford Motor Credit Company LLC
           hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ADRIAN T. FIELDS, JR.                  NO. 16-15437 AMC
                                                                       CHAPTER 13

ORDER APPROVING STIPULATION TO VACATE
STAY AS TO LEASED 2014 FORD EXPLORER VEHICLE

AND NOW, this   17th   day of   August   , 2016, in consideration of the Stipulation of Counsel to Vacate Automatic Stay:

It is ORDERED, the Stipulation is approved and with waiver of FRBP 4001(a)(3), CAB East LLC/Ford Motor Credit Company, LLC, as owner and lessor, is granted relief from the automatic stay of the Bankruptcy Code Section 362 as to the identified Vehicle, namely a 2014 Ford Explorer [VIN... C31940].

BY THE COURT:

_____
Bankruptcy Judge

Interested Parties

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Ste. 200
Jenkintown, PA 19046

William C. Miller, Trustee
111 So. Independence Mall
Suite 583
Philadelphia, PA 19106

Alfonso G. Madrid, Esquire
Law Office of Alfonso Madrid
757 S. 8th Street
Philadelphia, PA  19147

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ADRIAN T. FIELDS, JR.                      NO. 16-15437 AMC
                                                        CHAPTER 13

STIPULATION TO VACATE AUTOMATIC STAY
IN FAVOR OF CAB EAST LLC/ FORD MOTOR CREDIT COMPANY, LLC,
REGARDING A LEASED 2014 FORD EXPLORER MOTOR VEHICLE

    The parties, by authorized counsel, stipulate that the automatic stays of Bankruptcy Code Sections 362, be vacated as to the identified motor vehicle ("Vehicle") of which CAB East LLC/Ford Motor Credit Company, LLC ("Ford Credit") is the owner and lessor pursuant to the terms of a Motor Vehicle Lease dated June 6, 2014 ( as modified June 29, 2015, namely, a **2014 Ford Explorer** [VIN…C31940], with no other lienholders or parties having an interest in said Vehicle. Lease and Title attached.

    Debtor/lessee intends to surrender the Vehicle to Ford Credit.

    Approximate Balance due Ford Credit-
        14 remaining Lease payments: $7,919.66
        Contractual Residual Value: $27,869.90
    Estimated NADA Used Car Book Value: $27,000.00

    The Trustee has determined that the estate has no interest in the Vehicle or that the Vehicle is of inconsequential value to the Estate. Ford Credit will have a general unsecured claim for any deficiency that may remain after disposition of the Vehicle.

    This may be signed in counterparts, electronically, and/or by facsimile.

                                                        /s/ Alfonso G. Madrid  per email 8/12/16

Howard Gershman, Esquire                Alfonso G. Madrid, Esquire
Gershman Law Offices, PC                Law Office of Alfonso Madrid
610 York Road, Ste. 200                    757 S. 8th Street
Jenkintown, PA 19046                      Philadelphia, PA  19147
howard@gershman-law.com               alfonsomadrid.esq@gmail.com
Fax: 215 886 1118                          Tel: 215.925.1002

NO OBJECTION/NO POSITION

William C. Miller, Trustee
                      STAFF ATTY