United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-15437-amc
Adrian T Fields, Jr.                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1           Date Rcvd: Aug 24, 2016
                              Form ID: pdf900         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2016.
```
db             +Adrian T Fields, Jr.,    2238 S 15th St.,    Philadelphia, PA 19145-3921
               +Atlantic Engineering Laboratories Inc.,    attn: Finance/Payroll,    21 Randolph Ave.,
                 Avenel, NJ 07001-2404
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2016 01:59:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2016 at the address(es) listed below:
```
              ALFONSO G. MADRID    on behalf of Debtor Adrian T Fields, Jr. alfonsomadridlawECF@gmail.com
              HOWARD   GERSHMAN    on behalf of Creditor    CAB East LLC/Ford Motor Credit Company LLC
               hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ADRIAN T. FIELDS, JR. a/k/a | : | CASE NO: 16- 15437AMC |
| ADRIAN FIELDS | : | |
| | : | |
| Debtor | : | |
| | : | |

**ORDER TO PAY WAGES TO THE TRUSTEE**

AND NOW, this 23rd day of August, 2016, upon consideration of the Debtor's Motion to Pay Trustee Through Wage Deduction, and upon representation of the Debtor, the Court finds:

The above-named Debtor has pending in this Court a case under Chapter 13 of Title 11 and, pursuant to the provisions of said statute and of the Debtor's plan, the Debtor has submitted such portion of Debtor's future earnings or income to the control of the trustee as is necessary for the execution of the plan; and

Under the provisions of 11 U.S.C. § 1325(c) and § 105 an entity may be required, upon Order of this Court, to pay over such portion of the wages, earnings or income of the Debtor as may be needed to effectuate said plan, and that such an Order is necessary and proper, now therefore,

IT IS ORDERED that until further Order of this Court, **Atlantic Engineering Laboratories, Inc., Attn: Finance/Payroll, 21 Randolph Ave., Avenel NJ 07001**, deduct from the earnings or income of Adrian T. Fields, Jr., a/k/a Adrian Fields, the sum of **$740.77 from each bi-weekly pay period**, beginning on the next payday following the receipt of this Order and deduct a similar amount for each pay period thereafter, including any period for which the Debtor receives periodic or lump

1

sum payment for or on account of vacation, termination or other benefits arising out of present or past employment of the Debtor, and forthwith remit the sums so deducted to:

> William C. Miller, Esquire
> Chapter 13 Trustee
> Case No. 16-15437
> P.O. Box 1799
> Memphis, TN 38101-1799

IT IS FURTHER ORDERED that all earnings, wages and income of the Debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any state or political subdivision, or by any insurance, pension or union dues agreement between said entity and the Debtor, or by Order of this Court, be paid to the aforesaid Debtor in accordance with the entity's usual payroll procedure.

_____
Ashely M. Chan
United States Bankruptcy Judge

2