## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Adrian T. Fields, Jr.<br>　　　　　　　Debtor | |
| | CHAPTER 13 |
| Lakeview Loan Servicing, LLC, its successors and/or assigns<br>　　　　　　　Movant | |
| 　　　vs. | |
| | NO. 16-15437 AMC |
| Adrian T. Fields, Jr.<br>　　　　　　　Debtor | |
| William C. Miller Esq.<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Plan of Lakeview Loan Servicing, LLC, which was filed with the Court on or about **October 13, 2016**.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Thomas Puleo, Esquire**
　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　412-430-3594

February 24, 2017