Chapter 13 Trustee Online Case Status System

get case status | logout

# William C Miller Standing Chapter 13 Trustee

### Status of Claims as of 4/12/2017
### Case # 16-15437 AMC

ADRIAN T FIELDS JR.                                                            52 Remaining of 60 Mos.

Current Debtor Pmt: $1,605.00 / Monthly

Atty: ALFONSO G MADRID, ESQ.

## Summary

| | | | |
|---|---|---|---|
| Filed: 8/1/2016 | Confirm Hearing: 4/18/2017 10:00 AM | Base Amount: $96,300.01 | Debtor Refunds: $0.00 |
| First Mtg: 9/26/2016 9:00:00 AM | Plan Filed: 8/1/2016 | Total Paid In: $11,111.55 | Delinq Amount: $1,728.46 |
| | | Balance on Hand: $10,311.45 | |

## Payment Schedule

| Start Date | End Date | Debtor Payment | Frequency | Total Pmts | Type |
|---|---|---|---|---|---|
| 8/28/2016 | 1/31/2017 | $9,630.01 | L | $9,630.01 | |
| 2/28/2017 | 7/28/2021 | $1,605.00 | M | $86,670.00 | |

## Payment History

| | | | | |
|---|---|---|---|---|
| 3/30/2017 $740.77 | 3/15/2017 $740.77 | 3/2/2017 $740.77 | 2/14/2017 $740.77 | 2/1/2017 $740.77 |
| 1/19/2017 $740.77 | 1/5/2017 $740.77 | 12/22/2016 $740.77 | 12/6/2016 $740.77 | 11/22/2016 $740.77 |
| 11/9/2016 $740.77 | 10/31/2016 $740.77 | 10/12/2016 $740.77 | 9/27/2016 $740.77 | 9/8/2016 $740.77 |

Show Details

## Claims

| Creditor Name | Clm Num | Court Clm # | Last Pymt | Cls | Int Rate | Fixed Pymt | Disb Code | Debt | Principal Paid | Claimed | Tot Int Pd | Balance | Accrued Int | Arrears |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 000-0 | | | L | 0.00% | $0.00 | 13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| QUANTUM3 GROUP | 001-0 | 1 | | S | 0.00% | $0.00 | 24 | $0.00 | $0.00 | $2,132.21 | $0.00 | Direct | $0.00 | $0.00 |
| FORD MOTOR CREDIT COMPANY | 002-0 | 2 | | S | 0.00% | $0.00 | 24 | $8,037.05 | $0.00 | $8,037.05 | $0.00 | $8,037.05 | $0.00 | $0.00 |
| CAPITAL ONE BANK | 003-0 | 3 | | U | 0.00% | $0.00 | 33 | $708.18 | $0.00 | $708.18 | $0.00 | $708.18 | $0.00 | $0.00 |
| WELLS FARGO BANK | 004-0 | 4 | | U | 0.00% | $0.00 | 33 | $954.28 | $0.00 | $954.28 | $0.00 | $954.28 | $0.00 | $0.00 |
| AES/PHEAA | 005-0 | 5 | | U | 0.00% | $0.00 | 33 | $1,439.01 | $0.00 | $1,439.01 | $0.00 | $1,439.01 | $0.00 | $0.00 |
| US DEPT OF EDUCATION | 006-0 | 6 | | U | 0.00% | $0.00 | 33 | $5,627.11 | $0.00 | $5,627.11 | $0.00 | $5,627.11 | $0.00 | $0.00 |
| CENLAR FEDERAL SAVINGS BANK | 007-0 | 7 | | S | 0.00% | $0.00 | 24 | $329,943.23 | $0.00 | $329,943.23 | $0.00 | $329,943.23 | $0.00 | $0.00 |
| AMERICAN INFOSOURCE | 008-0 | 8 | | U | 0.00% | $0.00 | 33 | $549.81 | $0.00 | $549.81 | $0.00 | $549.81 | $0.00 | $0.00 |
| AMERICAN EXPRESS | 009-0 | 9 | | U | 0.00% | $0.00 | 33 | $6,857.30 | $0.00 | $6,857.30 | $0.00 | $6,857.30 | $0.00 | $0.00 |
| BRIDGECREST CREDIT CO | 010-0 | 10 | | S | 0.00% | $0.00 | 24 | $20,985.01 | $0.00 | $20,985.04 | $0.00 | $20,985.01 | $0.00 | $0.00 |
| ASHLEY FUNDING SVCS | 011-0 | 11 | | U | 0.00% | $0.00 | 33 | $236.33 | $0.00 | $236.33 | $0.00 | $236.33 | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSO | 012-0 | 12 | | U | 0.00% | $0.00 | 33 | $6,036.35 | $0.00 | $6,036.35 | $0.00 | $6,036.35 | $0.00 | $0.00 |
| William Miller | TRS-0 | | 3/30/2017 | T | 0.00% | $0.00 | 00 | $6,933.67 | $800.10 | $0.00 | $0.00 | $6,133.57 | $0.00 | $0.00 |

Prin Bal (incl Funds on Hand)    $377,195.78
Base Amount    $85,188.46

Disbursement Details

No Disbursements have been made on this case