**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ADRIAN T. FIELDS, JR. a/k/a | : | CASE NO: 16- 15437AMC |
| ADRIAN FIELDS | : | |
| | : | |
| Debtor | : | |
| | : | |
| _____: | | |

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing Application for Compensation of Debtor's Attorney, and upon notice, opportunity for hearing, and/or certification of no objection, counsel fees are allowed in the following amounts:

|  |  |
|---|---|
| Total fee award: | $ 3,500.00 |
| Attorney fee already paid by Debtor | $ 1,000.00 |
| **Net amount to be paid by Trustee** | **$ 2,500.00** |

The net amount is to be paid by the Trustee to Alfonso Madrid, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

**Date: April 24, 2017**

_____

Judge Ashely M. Chan
United States Bankruptcy Court