United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Adrian T Fields, Jr.  
    Debtor

Case No. 16-15437-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Aug 23, 2017  
                   Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.  
13779108     +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:  
      ALFONSO G. MADRID   on behalf of Debtor Adrian T Fields, Jr. alfonsomadridlawECF@gmail.com  
      BRIAN CRAIG NICHOLAS   on behalf of Creditor   Lakeview Loan Servicing, LLC  
       bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      HOWARD   GERSHMAN   on behalf of Creditor   CAB East LLC Ford Motor Credit Company LLC  
       hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Lakeview Loan Servicing, LLC  
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      MATTEO SAMUEL WEINER   on behalf of Creditor   Lakeview Loan Servicing, LLC  
       bkgroup@kmllawgroup.com  
      THOMAS I. PULEO   on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                             TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15437-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Adrian T Fields, Jr.
2238 S 15th Street
Philadelphia PA 19145

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/22/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 5: PHEAA, PO Box 8147, Harrisburg, PA 17105 | Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/25/17

Tim McGrath
**CLERK OF THE COURT**