United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 16-15437-amc
Adrian T Fields, Jr.                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Nov 03, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2017.
13798335       +Lakeview Loan Servicing, LLC,   Cenlar FSB,   425 Phillips BLVD,   Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
          ALFONSO G. MADRID   on behalf of Debtor Adrian T Fields, Jr. alfonsomadridlawECF@gmail.com
          BRIAN CRAIG NICHOLAS   on behalf of Creditor    Lakeview Loan Servicing, LLC
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          HOWARD  GERSHMAN   on behalf of Creditor    CAB East LLC Ford Motor Credit Company LLC
           hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor    Cenlar ,   FSB bkgroup@kmllawgroup.com
          THOMAS I. PULEO   on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15437-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Adrian T Fields, Jr.
2238 S 15th Street
Philadelphia PA 19145

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/02/2017.

Name and Address of Alleged Transferor(s):

Claim No. 7: Lakeview Loan Servicing, LLC, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618

Name and Address of Transferee:

M&T BANK
P.O. Box 62182, Baltimore, MD 21264-2182

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/05/17

Tim McGrath

**CLERK OF THE COURT**