_____
Bankruptcy Judge
Ashely M. Chan