United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15437-amc
Adrian T Fields, Jr.                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Feb 20, 2018
                             Form ID: pdf900          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
```
db              +Adrian T Fields, Jr.,    2238 S 15th Street,    Philadelphia, PA 19145-3921
cr               Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN  55116-0408
13798335        +Lakeview Loan Servicing, LLC,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
13993884        +Lakeview Loan Servicing, LLC,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13769514        +Lakeview Loan Svcing c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Feb 21 2018 02:08:15   City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2018 02:07:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 21 2018 02:08:13    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 21 2018 02:08:08    Jefferson Capital Systems LLC,
                 PO Box 7999,   St Cloud, MN  56302-9617
```
                                                                                       TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
```
              ALFONSO G. MADRID   on behalf of Debtor Adrian T Fields, Jr. alfonsomadridlawECF@gmail.com
              BRIAN CRAIG NICHOLAS   on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              HOWARD GERSHMAN   on behalf of Creditor   CAB East LLC Ford Motor Credit Company LLC
               hg229ecf@gmail.com,   229ecf@glpcc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER   on behalf of Creditor    Lakeview Loan Servicing, LLC
              MATTEO SAMUEL WEINER   on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ   on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ   on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ   on behalf of Creditor    Cenlar ,  FSB bkgroup@kmllawgroup.com
              THOMAS I. PULEO   on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
```
                                                                                       TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN FIELDS | CHAPTER 13 |
| _Debtor_ | |
| Lakeview Loan Servicing, LLC | |
| _Movant_ | |
| vs. | NO. 16-15437 AMC |
| ADRIAN FIELDS | |
| _Debtor_ | |
| William C. Miller Esq. | 11 U.S.C. Section 362 |
| _Trustee_ | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.     The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$10,255.77,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | September 2017 through January 2018 at $2,172.19/month |
| Suspense Balance: | $1,636.18 |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$10,255.77** |

2.     The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on February 1, 2018  and continuing through July 1, 2018, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$2,172.19** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,709.30** towards the arrearages on or before the last day of each month at the address below;

M&T Bank
P.O. Box 62182
Baltimore, MD 21264-2182

b)     The Debtor must send payments by certified check, and payments will not be accepted over the phone.

c).     Maintenance of current monthly mortgage payments to the Movant thereafter.

3.    Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.    In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.    If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order7 granting the Movant relief from the automatic stay.

7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.    The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.    The parties agree that a facsimile signature shall be considered an original signature.

Date:    February 1, 2018

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
James C. Warmbrodt, Esquire
KML Law Group, P.C.

Date:_____

/s/ Alfonso G. Madrid
Alfonso G. Madrid
Attorney for Debtor

Date: 2-9-18

William C. Miller JACK MILLER
Chapter 13 Trustee

Approved by the Court this 20th day of February_____, 2018.  However, the court retains discretion regarding entry of any further order.

_____

Bankruptcy Judge

Ashely M. Chan