# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ADRIAN T. FIELDS, JR. a/k/a ADRIAN FIELDS | : | CASE NO: 16- 15437AMC |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, this 8th day of May, 2018, upon consideration of the Debtor's Motion to Dismiss Chapter 13 Case (the "Motion");

IT IS ORDERED, that the Motion is GRANTED. The above-captioned case is DISMISSED.

FURTHER ORDERED that any wage orders are VACATED.

_____
Ashely M. Chan
United States Bankruptcy Judge