United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 16-15437-amc
Adrian T Fields, Jr.                                        Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: John              Page 1 of 2          Date Rcvd: May 08, 2018
                            Form ID: pdf900         Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
```
db              +Adrian T Fields, Jr.,    2238 S 15th Street,    Philadelphia, PA 19145-3921
13769502        +AES/PNC Education Loan,    Po Box 61047,    Harrisburg, PA 17106-1047
13819535         American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13769503        +American Heritage FCU,    3110 Grant Ave,    Philadelphia, PA 19114-2542
13769504        +Amex,    PO Box 981540,    El Paso, TX 79998-1540
13769505        +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
13769506        +Bridgecrest,    7300 E Hampton Ave.,    Suite 101,    Mesa, AZ 85209-3324
13831363        +Bridgecrest Credit Company LLC,    PO Box 29018,    Phoenix, AZ 85038-9018
13776201        +CAB East LLC/Ford Motor Credit Company LLC,    c/o HOWARD GERSHMAN,    Gershman Law Offices, PC,
                  610 York Road, Suite 200,    Jenkintown, PA 19046-2867
13769507         Capital One,    Po Box 30285,    Po Box 62180,    Salt Lake City, UT 84130
13776588         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13774770        +Cenlar FSB as Servicer for,    Lakeview Loan Servicing LLC,    c/o JOSHUA ISAAC GOLDMAN,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13769508        +Central Financial Control,    Po Box 66044,    Anaheim, CA 92816-6044
13769509        +Chase Bank USA, NA,    Po Box 15298,    Wilmington, DE 19850-5298
13971464         Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13769512        ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit,    Po Box 62180,    Colorado Springs, CO 80962)
13769513        +Jared/Sterling Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
13798335        +Lakeview Loan Servicing, LLC,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
13993884        +Lakeview Loan Servicing, LLC,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13769514        +Lakeview Loan Svcing c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14008625         M&T BANK,    P.O. Box 62182, Baltimore, MD 21264-2182
13779108        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13795214         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
13769515        +US Dept of Ed/Great Lakes Ed Loan,    2401 International,    Madison, WI 53704-3121
13778196         Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                  Irvine, CA 92623-9657
13769517        +Wells Fargo Dealer Services,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov May 09 2018 02:10:19     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2018 02:10:13     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: JCAP_BNC_Notices@jcap.com May 09 2018 02:10:09     Jefferson Capital Systems LLC,
                  PO Box 7999,    St Cloud, MN  56302-9617
13818829         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 09 2018 02:11:29
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
13838416         E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2018 02:11:09
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                  Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
13769510         E-mail/Text: bankruptcy@phila.gov May 09 2018 02:10:19     City of Philadelphia - c/o Law Dept.,
                  1515 Arch St.,    Philadelphia, PA 19102-1595
13769511        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 09 2018 02:10:26
                  Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13857279         E-mail/Text: JCAP_BNC_Notices@jcap.com May 09 2018 02:10:09     Jefferson Capital Systems LLC,
                  PO Box 7999,    Saint Cloud MN 56302-9617
13839502         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 02:23:03
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13770597        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 02:10:02
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
13772617         E-mail/Text: bnc-quantum@quantum3group.com May 09 2018 02:09:55
                  Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                  Kirkland, WA  98083-0788
13769516        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 09 2018 02:09:49
                  Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
                                                                                            TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
cr*              Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN  55116-0408
13775777*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,    Dept  55953,    P O Box 55000,
                  Detroit  MI,  48255-0953)
                                                                        TOTALS: 0, * 3, ## 0
```

```
District/off: 0313-2          User: John           Page 2 of 2            Date Rcvd: May 08, 2018
                              Form ID: pdf900      Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
          ALFONSO G. MADRID   on behalf of Debtor Adrian T Fields, Jr. alfonsomadridlawECF@gmail.com
          BRIAN CRAIG NICHOLAS   on behalf of Creditor   Lakeview Loan Servicing, LLC
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          HOWARD  GERSHMAN   on behalf of Creditor   CAB East LLC Ford Motor Credit Company LLC
           hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Cenlar , FSB bkgroup@kmllawgroup.com
          THOMAS I. PULEO   on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 12
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|  | : |  |
| ADRIAN T. FIELDS, JR. a/k/a | : | CASE NO: 16- 15437AMC |
| ADRIAN FIELDS | : |  |
|  | : |  |
| Debtor | : |  |
|  | : |  |
| _____ | : |  |

**ORDER**

AND NOW, this 8th     day of  May,                    2018, upon consideration of the

Debtor's Motion to Dismiss Chapter 13 Case (the "Motion");

IT IS ORDERED, that the Motion is GRANTED.   The above-captioned case is

DISMISSED.

FURTHER ORDERED that any wage orders are VACATED.

_____
Ashely M. Chan
United States Bankruptcy Judge